**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

CHRISTINA PORTER                          §
                                          §
v.                                        §          CASE NO. 6:26-CV-109-KNM
                                          §
CKS PRIME INVESTMENTS, LLC et al.         §

**ORDER**

Before the Court is Plaintiff's Notice of Settlement as to Defendant Equifax Information Services, LLC.  Doc. 17.  The notice states that Plaintiff and Equifax Information Services, LLC have reached a settlement in this case.  Doc. 17 at 1.  Plaintiff requests that the Court vacate all case deadlines pertaining to Equifax Information Services, LLC and allow Plaintiff sixty days to file dismissal papers as to Equifax Information Services, LLC.  *Id.* at 1–2.  Accordingly, it is

**ORDERED** that the parties or their counsel shall submit to the Court all papers necessary to dismiss Defendant Equifax Information Services, LLC from this case within **sixty (60) days** from the date of this Order.  If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal without further notice. Within sixty days of a dismissal order, any party may petition to have the claims reinstated upon a showing of good cause as to why settlement was not in fact consummated.  It is further

**ORDERED** that all pending case deadlines applicable to Defendant Equifax Information Services, LLC are **STAYED for sixty (60) days** from the date of this Order.

So ORDERED and SIGNED this 1st day of May, 2026.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE